Stephanie R. Tatar (237792)
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@TheTatarLawFirm.com

Attorney for Plaintiff,
JASON BROWN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BROWN, | Case No.: 2:14-CV-4787 BRO (JCx) |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| YARDI SYSTEMS, INC. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses Defendant YARDI SYSTEMS, INC. without prejudice.

Dated:   August 4, 2014         Respectfully Submitted:

                                For Plaintiff, JASON BROWN

                                /s/ Stephanie R. Tatar
                                Tatar Law Firm, APC
                                3500 West Olive Ave. Ste. 300
                                Burbank, CA 91505

1

NOTICE OF DISMISSAL OF DEFENDANT YARDI SYSTEMS, INC. WITHOUT PREJUDICE